# EXHIBIT A

Case# 2026-17428-0 Docketed at Montgomery County Prothonotary on 07/20/2026 9:56 AM, Fee = $304.50. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

**IN THE COURT OF COMMON PLEAS OF MONTGOMERY COUNTY, PENNSYLVANIA**

MAIN LINE SENIOR CARE AND PHILADELPHIA OLD
MAN'S HOME

vs.                                        NO. 2026-17428

AUTOMATIC DATA PROCESSING INC

## NOTICE TO DEFEND – CIVIL

You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you.

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW. THIS OFFICE CAN PROVIDE YOU WITH INFORMATION ABOUT HIRING A LAWYER.

IF YOU CANNOT AFFORD TO HIRE A LAWYER, THIS OFFICE MAY BE ABLE TO PROVIDE YOU WITH INFORMATION ABOUT AGENCIES THAT MAY OFFER LEGAL SERVICES TO ELIGIBLE PERSONS AT A REDUCED FEE OR NO FEE.

LAWYER REFERENCE SERVICE
MONTGOMERY BAR ASSOCIATION
100 West Airy Street (REAR)
NORRISTOWN, PA

19404-0268 (610) 279-9660, EXTENSION 201

PRIF0034
R 10/11

IN THE COURT OF COMMON PLEAS OF MONTGOMERY COUNTY, PENNSYLVANIA

Case# 2026-17428-0 Docketed at Montgomery County Prothonotary on 07/20/2026 9:56 AM, Fee = $304.50. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

MAIN LINE SENIOR CARE AND PHILADELPHIA OLD
MAN'S HOME

vs.

AUTOMATIC DATA PROCESSING INC

NO.  2026-17428

## CIVIL COVER SHEET

State Rule 205.5 requires this form be attached to any document commencing an action in the Montgomery County Court of Common Pleas.  The information provided herein is used solely as  an aid in tracking cases in the court system.  This form does not supplement or replace the filing and service of pleadings or other papers as required by law or rules of court.

Name of Plaintiff/Appellant's Attorney:    MATTHEW A GREEN, ESQ., ID: 91592

Self-Represented (Pro Se) Litigant ☐

**Class Action Suit**      ☐ Yes      ☒ No

**MDJ Appeal**      ☐ Yes      ☒ No          **Money Damages Requested** ☒

**Commencement of Action**:                    **Amount in Controversy**:

Complaint                                                  More than $50,000

## Case Type and Code

Contract: _____

　　　　　　　Other _____

**Other:**      BREACH

Case# 2026-17428-0 Docketed at Montgomery County Prothonotary on 07/20/2026 9:56 AM, Fee = $304.50. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

**OBERMAYER REBMANN MAXWELL & HIPPEL LLP**
BY:    Matthew A. Green, Esquire (#91592)
       Madison G. Melinek, Esquire (#325721)
Centre Square West, Suite 3400                              *Attorneys for Plaintiff*
1500 Market Street
Philadelphia, PA  19102
(215) 665-3071
matthew.green@obermayer.com
madison.melinek@obermayer.com

|  |  |
|---|---|
| **Main Line Senior Care and Philadelphia Old Man's Home d/b/a Saunders House**<br>100 Lancaster Ave, Penn Wynne, PA 19096<br><br>*Plaintiff*<br><br>v.<br><br>**Automatic Data Processing, Inc.**<br>1 Adp Blvd,<br>Roseland, NJ 07068<br><br>*Defendant* | IN THE MONTGOMERY COUNTY COURT OF COMMON PLEAS<br><br><br><br>NO. |

## COMPLAINT

Plaintiff, Main Line Senior Care and Philadelphia Old Man's Home d/b/a Saunders House (collectively, "Plaintiff" or "Saunders House"), by and through their undersigned counsel, file this Complaint against Defendant, Automatic Data Processing, Inc. ("ADP" or "Defendant"), and in support thereof avers the following:

### INTRODUCTION

1.    This case arises from Defendant ADP's breach of its contractual and legal obligations to Plaintiff.

2.    For over a decade, ADP served as Plaintiff's payroll and tax services provider, responsible for calculating, withholding, and remitting local taxes on behalf of Plaintiff's

3

4920-3198-9434 v1

Case# 2026-17428-0 Docketed at Montgomery County Prothonotary on 07/20/2026 9:56 AM, Fee = $304.50. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

employees. Despite continuing to deduct Local Services Tax from employees' paychecks and charging Plaintiff fees for tax filing services, ADP inexplicably ceased filing and remitting those taxes to the Township of Lower Merion for tax years 2019 through 2022.

3. As a result, Plaintiff was assessed $51,675.00 in unpaid taxes and $49,350.00 in penalties and interest — totaling $101,025.00 — for taxes that ADP was contractually obligated to file and remit.

4. When confronted, ADP claimed it "was not authorized" to file the taxes, despite having done so for years, and then refused to respond to Plaintiff's requests for an explanation or reimbursement.

5. ADP's conduct constitutes breach of contract, conversion of funds, unjust enrichment, and negligence.

## PARTIES

6. Plaintiff, Main Line Senior Care and Philadelphia Old Man's Home d/b/a Saunders House ("Saunders House") is an entity organized and existing under the laws of the Commonwealth of Pennsylvania, with a principal place of business located at 100 Lancaster Avenue, Wynewood, PA 19096.

7. Saunders House is a nursing home and senior care facility.

8. Defendant, Automatic Data Processing, Inc. ("ADP") is a corporation organized and existing under the laws of the State of Delaware, with its principal place of business located at 1 ADP Boulevard, Roseland, New Jersey 07068.

9. ADP provides payroll processing, human resources management, tax filing, and related services to businesses throughout the United States, including in the Commonwealth of Pennsylvania.

4

4920-3198-9434 v1

Case# 2026-17428-0 Docketed at Montgomery County Prothonotary on 07/20/2026 9:56 AM, Fee = $304.50. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

## JURISDICTION AND VENUE

10.    Venue is proper in Montgomery County pursuant to Pa. R.C.P. 1006 and 2179, as Plaintiff's principal place of business is located in Montgomery County, Pennsylvania, and a substantial part of the events or omissions giving rise to Plaintiff's claims occurred in Montgomery County, Pennsylvania.

11.    Personal jurisdiction over Defendant is proper because ADP regularly conducts business in Pennsylvania, maintains clients throughout the Commonwealth, and contracted to provide services to Plaintiff within Montgomery County.

## FACTUAL BACKGROUND

a. *The Contractual Relationship*

12.    On or about August 27, 2012, Saunders House and ADP entered into a Guaranteed Thirty-Six Month Price Agreement (the "Contract"), effective July 1, 2012, and expiring July 1, 2015, with automatic renewal for successive thirty-six (36) month terms. A true and correct copy of the Contract is attached hereto as Exhibit "A".

13.    Under the Contract, ADP agreed to assume responsibility for, among other things: (a) tax calculations, withholdings, and deposits; (b) filing of quarterly and annual tax returns; (c) all services associated with payroll processing; and (d) human resources benefits and services. *See* Exhibit "A".

14.    ADP's pricing sheet for services rendered to Saunders House expressly lists "Local Jurisdiction Fee," "Total Tax Plus," "Multi-Jurisdiction Reporting," and "Delivery of Tax Reports" as services provided by ADP for Saunders House, confirming that local tax filing is an integral part of ADP's contractual obligations. A true and correct copy of ADP's Annualized Client Pricing is attached hereto as Exhibit "B".

5

4920-3198-9434 v1

15.    In exchange for these services, Saunders House made regular annual payments to ADP.

16.    Saunders House paid ADP approximately $5,687.45 per month.

17.    ADP provided these payroll, tax, and filing services—including filing the Local Services Tax to Lower Merion Township—for over a decade.

18.    Lower Merion Township has confirmed that ADP had historically paid and filed the Local Services Tax on behalf of Saunders House in the years prior to 2019.

19.    At all relevant times, ADP continued to charge and collect fees from Saunders House for the performance of these tax filing and remittance of services.

b.    *ADP's Breach and Wrongful Conduct*

20.    During the tax years 2019, 2020, 2021, and 2022, ADP deducted Local Services Tax from the paychecks of Saunders House's employees at the rate of $2.00 per employee per pay period.

21.    Despite deducting these Local Services Tax funds from Saunders House's employees' paychecks, ADP failed to remit such funds to Lower Merion Township on behalf of Saunders House, and failed to file the required Local Services Tax returns for tax years 2019 through 2022.

22.    On or about October 29, 2025, Saunders House received a Notice of Jeopardy Assessment from Lower Merion Township stating that Saunders House had failed to file its Local Services Tax returns for tax years 2019 through 2022, this was the first time Saunders House discovered this issue.

23.    The Notice of Jeopardy Assessment indicated the following amounts owed:

(a)    Outstanding Local Services Tax for 2019: $13,780.00;

6

Case# 2026-17428-0 Docketed at Montgomery County Prothonotary on 07/20/2026 9:56 AM, Fee = $304.50. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

4920-3198-9434 v1

Case# 2026-17428-0 Docketed at Montgomery County Prothonotary on 07/20/2026 9:56 AM, Fee = $304.50. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

(b)     Outstanding Local Services Tax for 2020: $13,780.00;

(c)     Outstanding Local Services Tax for 2021: $13,780.00;

(d)     Outstanding Local Services Tax for 2022: $10,335.00;

(e)     Total outstanding Local Services Tax: $51,675.00;

(f)     Penalties and interest: $49,350.00; and

(g)     Total amount due: $101,025.00.

24.     Saunders House confronted ADP regarding its failure to file and remit the Local Services Tax, and ADP claimed that it "was not authorized" to file the taxes—despite having done so for over a decade and despite continuing to charge Saunders House for such services.

25.     ADP failed to respond to Saunders House's requests for an explanation of its failure to file and remit the local taxes.

26.     ADP also failed to respond to Saunders House's requests for reimbursement of the funds it collected but did not remit.

c.   *Plaintiff's Damages and Mitigation*

27.     To avoid further penalties and interest accrual, Saunders House paid the outstanding Local Services Tax to Lower Merion Township in the amount of $51,675.00.

28.     According to the Township, Saunders House is still liable for the penalties and interest in the amount of $49,350.00, which were imposed solely as a result of ADP's failure to file and remit Saunders House's Local Services Tax on a timely basis.

29.     ADP collected Saunders House's Local Services Tax funds from employees' paychecks but retained those funds without remitting them to Lower Merion Township.

7

4920-3198-9434 v1

Case# 2026-17428-0 Docketed at Montgomery County Prothonotary on 07/20/2026 9:56 AM, Fee = $304.50. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

30.    Between 2019-2022, Saunders House paid ADP a total of $272,997.60 for its Services, but ADP failed to perform its services and remit the local taxes to Lower Merion Township, as required under the Contract.

## COUNT I – BREACH OF CONTRACT

31.    Saunders House incorporates by reference the preceding paragraphs as though fully set forth at length herein.

32.    Saunders House and ADP entered into a valid and enforceable Contract whereby ADP agreed to provide payroll, tax calculation, tax withholding, tax filing, and tax remittance services to Saunders House.

33.    Saunders House performed all of its obligations under the Contract, including making timely payments to ADP for its services.

34.    ADP breached the Contract by, inter alia:

a)  Failing to file Local Services Tax returns for tax years 2019 through 2022;

b)  Failing to remit the withheld Local Services Tax to Lower Merion Township;

c)  Retaining funds collected from Saunders House's employees' paychecks that were designated for tax remittance;

d)  Charging Saunders House for services that ADP failed to perform; and

e)  Failing to notify Saunders House of ADP's failure to file and remit the taxes.

35.    As a direct and proximate result of ADP's breach, Saunders House has suffered damages in an amount not less than $374,022.60, consisting of $101,025.00, which includes

4920-3198-9434 v1

$51,675.00 in Local Services Taxes paid to the Township and $49,350.00 in penalties and interest, and $272,997.60 Saunders House paid ADP for its Services which ADP failed to provide.

**WHEREFORE,** plaintiff, Main Line Senior Care and Philadelphia Old Man's Home d/b/a Saunders House, hereby demands judgment in its favor and against defendant, Automatic Data Processing, Inc., in an amount in excess of $50,000, plus interest on all sums due, costs, and such other relief as this Court deems just and appropriate.

## COUNT II – CONVERSION

36.     Saunders House incorporates by reference the preceding paragraphs as though fully set forth at length herein.

37.     ADP, in its capacity as payroll processor and tax agent for Saunders House, deducted Local Services Tax in the amount of $2.00 per employee per pay period from the paychecks of Saunders House's employees during the years 2019 through 2022.

38.     These deducted funds were the property of Saunders House and/or its employees and were entrusted to ADP for the specific purpose of paying Saunders House's Local Taxes to Lower Merion Township.

39.     ADP retained Saunders House's funds without permission or knowledge of Saunders House, and failed to pay the funds to Lower Merion Township.

40.     As a direct and proximate result of ADP's conversion, Saunders House has suffered damages in an amount not less than $51,675.00, representing the tax funds collected but not remitted.

**WHEREFORE,** plaintiff, Main Line Senior Care and Philadelphia Old Man's Home d/b/a Saunders House, hereby demands judgment in its favor and against defendant, Automatic Data

9

4920-3198-9434 v1

Case# 2026-17428-0 Docketed at Montgomery County Prothonotary on 07/20/2026 9:56 AM, Fee = $304.50. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

Processing, Inc., in an amount in excess of $50,000, plus interest on all sums due, costs, and such other relief as this Court deems just and appropriate.

**COUNT III – UNJUST ENRICHMENT**

41.     Saunders House incorporates by reference the preceding paragraphs as though fully set forth at length herein.

42.     ADP received and retained the benefit of: (a) the Local Services Tax funds deducted from Saunders House's employees' paychecks that ADP failed to remit; and (b) the fees charged to and collected from Saunders House for tax filing and remittance services that ADP failed to perform.

43.     ADP appreciated those benefits by accepting payment, but failed to perform the services for which it was paid.

44.     Saunders House contracted with and paid a fee to ADP under the reasonable expectation that ADP would perform its obligations; however, ADP's retention of such benefits without performance is inequitable.

45.     As a direct and proximate result of ADP's actions, Plaintiff suffered damages in an amount not less than $374,022.60, consisting of $101,025.00, which includes $51,675.00 in Local Services Taxes paid to the Township and $49,350.00 in penalties and interest, and $272,997.60 Saunders House paid ADP for its Services which ADP failed to provide.

**WHEREFORE,** plaintiff, Main Line Senior Care and Philadelphia Old Man's Home d/b/a Saunders House, hereby demands judgment in its favor and against defendant, Automatic Data Processing, Inc., in an amount in excess of $50,000, plus interest on all sums due, costs, and such other relief as this Court deems just and appropriate.

10

4920-3198-9434 v1

Case# 2026-17428-0 Docketed at Montgomery County Prothonotary on 07/20/2026 9:56 AM, Fee = $304.50. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

## COUNT IV – NEGLIGENCE

46.     Saunders House incorporates by reference the preceding paragraphs as though fully set forth at length herein.

47.     ADP, as a professional payroll processing and tax services provider, owed a duty of care to Saunders House to exercise reasonable care and skill in performing its payroll, tax calculation, tax filing, and tax remittance services.

48.     ADP breached its duty of care by failing to exercise reasonable care and skill in performing its obligations, including but not limited to:

   a)  Failing to file the Local Services Tax returns for tax years 2019 through 2022;

   b)  Failing to remit the Local Services Tax to Lower Merion Township;

   c)  Failing to maintain adequate systems, processes, or oversight to ensure compliance with its tax filing and remittance obligations;

   d)  Failing to notify Saunders House of ADP's failure to file and remit the Local Services Tax; and

   e)  Continuing to charge fees for services that ADP failed to perform.

49.     ADP's breach of its duty of care was a direct and proximate cause of damages to Saunders House.

50.     As a direct and proximate result of ADP's negligence, Saunders House has suffered damages in an amount not less than $101,025.00, consisting of $51,675.00 in Local Services Taxes paid to the Township and $49,350.00 in penalties and interest.

**WHEREFORE**, plaintiff, Main Line Senior Care and Philadelphia Old Man's Home d/b/a Saunders House, hereby demands judgment in its favor and against defendant, Automatic Data

11

4920-3198-9434 v1

Case# 2026-17428-0 Docketed at Montgomery County Prothonotary on 07/20/2026 9:56 AM, Fee = $304.50. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

Processing, Inc., in an amount in excess of $50,000, plus interest on all sums due, costs, and such other relief as this Court deems just and appropriate.

Respectfully submitted,

**OBERMAYER REBMANN MAXWELL & HIPPEL LLP**

By: _/s/ Matthew A. Green_
Matthew A. Green, Esquire (#91592)
Madison G. Melinek, Esquire (#325721)
Centre Square West, Suite 3400
1500 Market Street
Philadelphia, PA 19102

Dated: July 20, 2026

4920-3198-9434 v1

## <u>VERIFICATION</u>

I, John Fredericks, verify that I am the CEO/President of Main Line Senior Care and Philadelphia Old Man's Home d/b/a Saunders House, that I am authorized to make this verification on behalf of Plaintiff, that the facts set forth in the foregoing Complaint are true and correct to the best of my knowledge, information, and belief, and that I understand that false statements herein are made subject to the penalties of 18 Pa. C.S. § 4904 relating to unsworn falsification to authorities.

John Fredericks
CEO/President

Date: July 16, 2026

4920-3198-9434 v1

Case# 2026-17428-0 Docketed at Montgomery County Prothonotary on 07/20/2026 9:56 AM, Fee = $304.50. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

Case# 2026-17428-0 Docketed at Montgomery County Prothonotary on 07/20/2026 9:56 AM, Fee = $304.50. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

# Exhibit A



**AUTOMATIC DATA PROCESSING, INC.**
**MAJOR ACCOUNTS GUARANTEED**
**THIRTY-SIX MONTH**
**PRICE AGREEMENT**

*Client Information:*                                                                                    *Case Number:*    20451020

| | | |
|---|---|---|
| Client Name: | Saunders House | Effective Date:  7/1/2012 |
| Service Center: | 0055 | |
| Parent Company Code: | HD2 | Expiration Date:  7/1/2015 |
| Requested By. | Sharee Wilson | |

Related Company Codes:

| HCJ | STH | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |

*Contact Information:*

| | | | | | |
|---|---|---|---|---|---|
| Contact: | John LANEHi | Phone: | 610-658-5122 | Address: | 100 Lancaster Ave |
| City: | Wynewood | State:  PA | Zip:  19096 | | |

ADP, Inc. ("ADP") is pleased to provide _____**Saunders House**_____ ("Client") with this Price Agreement covering the payroll, time and/or HR & Benefits services ("Services") purchased by Client on the signature date below for the next _____**thirty-six**_____ months. This Price Agreement encompasses all listed codes and any future codes that may be added under the above listed parent code. Accordingly, in consideration of the mutual agreements set forth below, ADP and Client agree as follows:

    **1) Price Increase:**    For a _____**thirty-six**_____ month period (the "Initial Term") commencing with the Effective Date set forth above, ADP will limit the price increases on Services  in accordance with and subject to the following:

| Increase Date | Increase % |
|---|---|
| 7/1/2013 | No Increase |
| 7/1/2014 | No Increase |
| Renewal Term | Price increase on Services shall not exceed 3.5% annually over the previous year's fees |

Upon the expiration of the Initial Term, Client's prices will be subject to the same annual price increases as ADP applies to its other clients of similar size and product utilization, subject to the price increase cap for each Renewal Term (defined in Section 4 below) set forth above. **Items specifically excluded from this Price Agreement are delivery, reverse wire fees, jurisdiction fees, maintenance fees and fees for year-end services.**

    **2) Guaranteed Term:**    As consideration for the _____**thirty-six**_____ month guaranteed price period, Client agrees to purchase the Services for a minimum guaranteed term of _____**thirty-six**_____ months commencing with the Effective Date.

    **3) Early Termination Fee:**    If Client terminates all or any portion of the Services prior to the Expiration Date set forth above, Client agrees to pay ADP an early termination fee of _____**one month**_____ of average monthly Service fees  (based on an average of the last three full months of Service fees prior to the date of termination).  During any Renewal Period, Client may terminate all or a portion of the Services upon ninety (90) days' prior written notice to ADP.  If Client terminates all or any portion of the Services during a Renewal Period on less than ninety (90) days' written notice, Client agrees to pay ADP the fees for the terminated  Services for ninety (90) days past the termination notice date.

    **4) Renewal:**    This Price Agreement shall automatically renew for successive terms equal to the Initial Term (each a "Renewal Term"), subject to the fee increases specified in the "Renewal Term" portion of Section 1 above,  unless Client notifies ADP in writing at least thirty (30) days prior to the expiration of the then current term of its intention not to renew.

THE SERVICES COVERED BY THIS PRICE AGREEMENT ARE PROVIDED IN ACCORDANCE WITH THE TERMS AND CONDITIONS SET FORTH IN THE AGREEMENT(S) BETWEEN CLIENT AND ADP COVERING THE SERVICES.  THIS PRICE AGREEMENT SUPPLEMENTS AND, EXCEPT AS SET FORTH ABOVE, DOES NOT SUPERSEDE ANY OF THOSE TERMS AND CONDITIONS.  THIS PRICE AGREEMENT IS NOT VALID UNLESS SIGNED BY BOTH PARTIES.

| *ADP Representative* | | *Saunders House* |
|---|---|---|
| Name: | Sharee Wilson | Name:  John LANEHi |
| Signature: | | Signature: |
| Title: | Relationship Services | Title:  Chief Financial Officer |
| Date: | | Date:  8/27/12 |

NOTE: ONLY THE DIVISION VICE PRESIDENT OR FINANCE EXECUTIVE OF THE AFFECTED REGION IS AUTHORIZED TO EXECUTE THIS PRICE AGREEMENT ON BEHALF OF ADP

Case# 2026-17428-0 Docketed at Montgomery County Prothonotary on 07/20/2026 9:56 AM, Fee = $304.50. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

Case# 2026-17428-0 Docketed at Montgomery County Prothonotary on 07/20/2026 9:56 AM, Fee = $304.50. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

# Exhibit B



Case# 2026-17428-0 Docketed at Montgomery County Prothonotary on 07/20/2026 9:56 AM, Fee = $304.50. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

# Annualized Client Current Pricing

**Name:** OLD MAN'S HOME OF PHILADE

**Customer #** 519967

**Created On:** 06/09/2026

**Requested By:** Chesley Merck

*Client Annual Investment Summary (based on 6 months average billing)

| Controls | Employee Count | Current Annualized Value |
|---|---|---|
| **ADP Payroll Services** | | |
| MAIN LINE SENIOR CARE (0055-10-STH) | 2 | $790.43 |
| **ADP HR/Benefits Solution** | | |
| MAIN LINE SENIOR CARE (0055-1W-STH) | 2 | $0.00 |
| **Grand Total** | | **$790.43** |

The information contained in this document is privileged and confidential. Dissemination to any third party of this communication is strictly prohibited.

The estimated annual costs in this document are calculated based on the average unit counts and current rates for each feature and are subject to change. This document does not include sales tax, carrier connection maintenance fees, miscellaneous tax filing charges (i.e. stop payment or void requests, amendments, etc.), or "on request services" (i.e., payroll reruns). W2 rates are subject to change each calendar year.

Case# 2026-17428-0 Docketed at Montgomery County Prothonotary on 07/20/2026 9:56 AM, Fee = $304.50. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

| MAIN LINE SENIOR CARE (0055-10-STH) | | | | | |
|---|---|---|---|---|---|
| FEATURE | MIN | BASE | RATE | UNITS | FREQUENCY |
| Pays | - | - | - | 2 | 26 |
| ADP iPay Statements | - | - | - | 2 | 26 |
| Portal with CM | - | - | - | 2 | 26 |
| Essential ACA Compliance | - | - | $0.29 | 2 | 26 |
| Delivery of Tax Reports | - | $19.80 | - | 1 | 4 |
| HR Self Service Tracking SCN | - | - | - | 2 | 26 |
| PTO ACCRUAL REPORT | - | - | - | 42 | 26 |
| New Hires | - | - | - | 9 | |
| Check Signing | - | - | - | 2 | 26 |
| Multi-Jurisdiction Reporting | - | - | - | 10 | |
| Payroll Quickview | - | - | - | 2 | |
| Local Jurisdiction Fee | - | - | $11.75 | 2 | 12 |
| Self Service | - | - | - | 1160 | 12 |
| CheckView Monthly Fee | - | - | - | 1 | 12 |
| TotalPay Service | - | - | - | 2 | 26 |
| Base Charge | - | - | - | 1 | 26 |
| Y/E Info, Tax Reporting, W-2'S | - | - | $5.25 | 3 | 1 |
| Total Tax Plus | - | - | - | 2 | 26 |
| iReports | - | - | - | 2 | 26 |
| Workforce Now Payroll Solution Bundle | - | - | - | 2 | 26 |
| iArchive | - | - | - | 2 | 26 |
| Labor Distribution | - | - | - | 2 | 26 |
| New Hire Reporting Service | - | - | - | 1 | 1 |
| Data Exchange | - | - | - | 1 | 12 |
| Mobile Tracking SCN | - | - | - | 2 | 26 |
| State Jurisdiction Fee | - | - | $11.75 | 1 | 12 |
| Enhanced Benefits | - | - | $1.25 | 2 | 26 |
| Enhanced Payroll | - | - | $2.45 | 2 | 26 |
| Enhanced HR | - | - | $1.25 | 2 | 26 |
| CheckView Processing Fee | - | - | - | 2 | 26 |
| Benefit Accruals | - | - | - | 2 | 26 |

Case# 2026-17428-0 Docketed at Montgomery County Prothonotary on 07/20/2026 9:56 AM, Fee = $304.50. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

| MAIN LINE SENIOR CARE (0055-1W-STH) | | | | | |
|---|---|---|---|---|---|
| FEATURE | MIN | BASE | RATE | UNITS | FREQUENCY |
| Enhanced HR | - | - | - | 2 | 12 |
| Enhanced Benefits | - | - | - | 2 | 12 |
| Essential ACA | - | - | - | 2 | 12 |
| Workforce Now Archived Employees | - | - | - | 1889 | 12 |
| Workforce Now Human Capital Management (HCM) Suite | - | - | - | 2 | 12 |
| Workforce Now | - | - | - | 1162 | 12 |

Case# 2026-17428-1 Docketed at Montgomery County Prothonotary on 07/29/2026 10:40 AM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

**OBERMAYER REBMANN MAXWELL & HIPPEL LLP**
BY:    Matthew A. Green, Esquire (#91592)
          Madison G. Melinek, Esquire (#325721)
Centre Square West, Suite 3400                                    *Attorneys for Plaintiff*
1500 Market Street
Philadelphia, PA  19102
(215) 665-3071
matthew.green@obermayer.com
madison.melinek@obermayer.com

| | |
|---|---|
| **Main Line Senior Care and Philadelphia Old Man's Home d/b/a Saunders House**<br>100 Lancaster Ave,<br>Penn Wynne, PA 19096<br><br>*Plaintiff*<br><br>v.<br><br>**Automatic Data Processing, Inc.**<br>1 Adp Blvd,<br>Roseland, NJ 07068<br><br>*Defendant* | IN THE MONTGOMERY COUNTY COURT OF COMMON PLEAS<br><br><br><br>NO. 2026-17428 |

### AFFIDAVIT PURSUANT TO RULE 404

COMMONWEALTH OF PENNSYLVANIA:
                                                                        :
COUNTY OF MONTGOMERY                          :

I, Madison G. Melinek, Esquire, being duly sworn according to law, deposes sand says that she is the attorney for the above Plaintiff, and on information and belief, she has knowledge of the following facts:

I hereby verify that service of a true and correct copy of the Summons and Complaint and all associated exhibits, was served on July 23, 2026 via USPS Certified Mail, on Defendant, Automatic Data Processing, Inc.. A true and correct copy of the USPS Certified Mail label and tracking information are attached hereto as Exhibit "A."

4896-6804-0642 v1

Case# 2026-17428-1 Docketed at Montgomery County Prothonotary on 07/29/2026 10:40 AM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

# Exhibit A

*Case# 2026-17428-1 Docketed at Montgomery County Prothonotary on 07/29/2026 10:40 AM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.*

Obermayer
Madison G. Melinek-Heft
1500 Market Street
SUITE 3400
Philadelphia PA 19102

$8.40    US POSTAGE
FIRST-CLASS IMI
Jul 20 2026
Mailed from ZIP 19102
5 OZ FIRST-CLASS MAIL FLATS RATE
ZONE 2
11923275

063S0011485640

endicia

**USPS CERTIFIED MAIL**

**9407 1118 9876 5523 7660 18**

Automatic Data Processing, Inc.
1 ADP Blvd.
Roseland NJ 07068

ALERT: IMPACTS FROM WILDFIRES IN THE PACIFIC NORTHWEST AND SEVERE WEATHER IN …

# USPS Tracking®

Remove ✕

**Tracking Number:**

## 9407111898765523766018

Copy          Add to Informed Delivery

### Latest Update

Your item was picked up at the post office at 7:22 am on July 23, 2026 in ROSELAND, NJ 07068.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered

**Delivered, Individual Picked Up at Post Office**

ROSELAND, NJ 07068
July 23, 2026 7:22 AM

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?**

**Text & Email Updates**                                              ⌄

**USPS Tracking Plus®**                                               ⌄

**Product Information**                                               ⌄

See Less ⌃

Feedback

Case# 2026-17428-1 Docketed at Montgomery County Prothonotary on 07/29/2026 10:40 AM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.